[redacted]

CIVIL, CLOSED

**U.S. District Court**
**Eastern District of California - Live System (Fresno)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-00280-OWW-GSA**
**Internal Use Only**

Sutton et al v. Davol, Inc. et al
Assigned to: Judge Oliver W. Wanger
Referred to: Magistrate Judge Gary S. Austin
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 02/26/2008
Date Terminated: 07/02/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Brian Sutton** represented by **Christina Anne Fountain**
Lopez McHugh LLP
100 Bayview Circle
Suite 5600, North Tower
Newport Beach, CA 92660
949-640-8222
Fax: 949-640-8294
Email: cfountain@lopezmchugh.com
*LEAD ATTORNEY*

**Ramon Rossi Lopez**
Lopez McHugh LLP
100 Bayview Circle
Suite 5600, North Tower
Newport Beach, CA 92660
949-737-1501
Fax: 949-737-1504
Email: rlopez@lopezmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy Alexander Brenes**
Lopez McHugh LLP
100 Bayview Circle
Suite 5600, North Tower
Newport Beach, CA 92660
949-737-1501
Fax: 949-737-1504
Email: tbrenes@lopezmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Sutton** represented by **Christina Anne Fountain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramon Rossi Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy Alexander Brenes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on JUL 0 2 2008
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By ______ Deputy

V.

**Defendant**

| | | |
|---|---|---|
| **Davol Inc.**<br>*a Delaware Corporation* | represented by | **Dana Alan Gausepohl, PHV**<br>Spriggs and Hollingsworth<br>1350 I Street<br>Ninth Floor<br>Washington, DC 20005<br>(202) 712-7556<br>Fax: (202) 682-1639<br>Email: dgausepohl@spriggs.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kirby T. Griffis, PHV**<br>Spriggs and Hollingsworth<br>1350 I Street<br>Ninth Floor<br>Washington, DC 20005<br>(202) 898-5828<br>Fax: (202) 682-1639<br>Email: kgriffis@spriggs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas M. Frieder**<br>Hassard Bonnington LLP<br>Two Embarcadero Center<br>Suite 1800<br>San Franicsco, CA 94111-3993<br>415288-9800<br>Fax: 415288-9801<br>Email: tmf@hassard.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Bard Devices Inc.**<br>*a Delaware Corporation* | represented by | **Dana Alan Gausepohl, PHV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kirby T. Griffis, PHV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas M. Frieder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **C.R. Bard, Inc.**<br>*a New Jersey Corporation* | represented by | **Dana Alan Gausepohl, PHV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kirby T. Griffis, PHV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Thomas M. Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jonathan L. Sales**
*M.D.*
*TERMINATED: 07/02/2008*

**Defendant**

**Bakersfield Memorial Hospital**
*a corporation*
*TERMINATED: 07/02/2008*

**Defendant**

**Catholic Healthware West**
*a corporation*
*TERMINATED: 07/02/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2008 | 1 | NOTICE of REMOVAL *Defendant Davol Inc.'s, Defendant Bard Devices Inc.'s, and Defendant C.R. Bard, Inc.'s Notice of Removal and Demand for Jury Trial* from Kern County Superior Court, case number S-1500-CV-262475-WDP. by Davol Inc., Bard Devices Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Frieder, Thomas) (Entered: 02/26/2008) |
| 02/26/2008 | 2 | CIVIL COVER SHEET by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. (Frieder, Thomas) (Entered: 02/26/2008) |
| 02/26/2008 | 3 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 1 Notice of Removal - ATY, 2 Civil Cover Sheet. *Certificate of Service of Notice to Adverse Party of Removal to Federal Court* (Frieder, Thomas) (Entered: 02/26/2008) |
| 02/26/2008 | 4 | STATEMENT of Corporate Disclosure Statement by Defendants Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 3 Certificate of Service, 1 Notice of Removal - ATY, 2 Civil Cover Sheet. (Frieder, Thomas) (Entered: 02/26/2008) |
| 02/26/2008 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of $350.00;<br>Type of Credit Card: Visa<br>Name as it appears on Credit Card: Thomas M. Frieder<br>Contact Telephone Number: (415) 288-9800<br>Street: 410 Larkspur Plaza Drive<br>Zip code: 94939<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Frieder, Thomas) (Entered: 02/26/2008) |
| 02/27/2008 | 5 | (Court only) PROCESS CREDIT CARD (Scrivner, E) (Entered: 02/27/2008) |
| 02/27/2008 | | RECEIPT number #CAE100002211 $350.00 fbo Davol Inc. by Thomas M Frieder on 2/27/2008. (Scrivner, E) (Entered: 02/27/2008) |
| 02/27/2008 | 6 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 5/28/2008 at 08:15 AM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. (Attachments: # 1 Consent Forms, # 2 VDRP Forms) (Verduzco, M) (Entered: 02/27/2008) |
| 02/27/2008 | | SERVICE BY MAIL: 6 Civil New Case Documents for OWW served on Ramon Rossi Lopez. (Verduzco, M) (Entered: 02/27/2008) |
| 02/27/2008 | 7 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc.. *Certificate of Service* |

| | | |
|---|---|---|
| | | *of Order Setting Mandatory Scheduling Conference and Standing Order* (Frieder, Thomas) (Entered: 02/27/2008) |
| 03/04/2008 | 8 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/04/2008) |
| 03/04/2008 | 9 | *Answer and Affirmative Defenses of Defendants Davol Inc., Bard Devices, Inc., and C.R. Bard, Inc.* ANSWER to COMPLAINT by Davol Inc., Bard Devices Inc., C.R. Bard, Inc..(Frieder, Thomas) (Entered: 03/04/2008) |
| 03/04/2008 | 10 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 9 Answer to Complaint. *Corrected Proof of Service of Answer and Affirmative Defenses of Defendants Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.* (Frieder, Thomas) (Entered: 03/04/2008) |
| 03/27/2008 | 11 | MOTION to REMAND by Brian Sutton, Deborah Sutton. Attorney Fountain, Christina Anne added. Motion Hearing set for 5/19/2008 at 10:00 AM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. (Attachments: # 1 Declaration in Support of Motion to Remand, # 2 Proposed Order) (Fountain, Christina) (Entered: 03/27/2008) |
| 03/28/2008 | 12 | CERTIFICATE of SERVICE by Bard Devices Inc., C.R. Bard, Inc.. *Certificate of Service of Order Setting Mandatory Scheduling Conference* (Frieder, Thomas) (Entered: 03/28/2008) |
| 04/04/2008 | 13 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. for attorney Kirby T. Griffis to appear Pro Hac Vice. (Frieder, Thomas) (Entered: 04/04/2008) |
| 04/04/2008 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Pro Hac Vice Application in the amount of $180.00;<br>Type of Credit Card: Visa<br>Name as it appears on Credit Card: Thomas M. Frieder<br>Contact Telephone Number: (415) 288-9800<br>Street: 410 Larkspur Plaza Drive<br>Zip code: 94939<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Frieder, Thomas) (Entered: 04/04/2008) |
| 04/04/2008 | 14 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. for attorney Dana Alan Gausepohl to appear Pro Hac Vice. (Frieder, Thomas) (Entered: 04/04/2008) |
| 04/04/2008 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Pro Hac Vice Application in the amount of $180.00;<br>Type of Credit Card: Visa<br>Name as it appears on Credit Card: Thomas M. Frieder<br>Contact Telephone Number: (415) 288-9800<br>Street: 410 Larkspur Plaza Drive<br>Zip code: 94939<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Frieder, Thomas) (Entered: 04/04/2008) |
| 04/04/2008 | 15 | (Court only) PROCESS CREDIT CARD (Flores, E) (Entered: 04/04/2008) |
| 04/04/2008 | 16 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 13 Pro Hac Vice Application and Proposed Order. (Frieder, Thomas) (Entered: 04/04/2008) |
| 04/04/2008 | 17 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 14 Pro Hac Vice Application and Proposed Order. (Frieder, Thomas) (Entered: 04/04/2008) |
| 04/04/2008 | | RECEIPT number #CAE100002633 $180.00 fbo Kirby T. Griffis by Thomas M. Frieder on 4/4/2008. (Flores, E) (Entered: 04/04/2008) |
| 04/04/2008 | | RECEIPT number #CAE100002635 $180.00 fbo Dana Alan Gausepohl by Thomas M. Frieder on 4/4/2008. (Flores, E) (Entered: 04/04/2008) |
| | | |

| | | |
|---|---|---|
| 04/08/2008 | 18 | PRO HAC VICE ORDER Added attorney Dana Alan Gausepohl, PHV for Davol Inc., Bard Devices Inc. and C.R. Bard, Inc., signed by Judge Oliver W. Wanger on 4/8/08. (Hellings, J) (Entered: 04/09/2008) |
| 04/09/2008 | | SERVICE BY MAIL: 18 Pro Hac Vice Order served on Ramon Rossi Lopez. (Hellings, J) (Entered: 04/09/2008) |
| 04/11/2008 | 19 | CLERK'S NOTICE to Ramon Rossi Lopez Re Admission to Practice in the Eastern District. (Hutcheson, C) (Entered: 04/11/2008) |
| 04/11/2008 | 20 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 18 Pro Hac Vice Order. (Frieder, Thomas) (Entered: 04/11/2008) |
| 04/11/2008 | 21 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 19 Clerk's Notice of Docket Correction. (Frieder, Thomas) (Entered: 04/11/2008) |
| 04/11/2008 | 22 | PRO HAC VICE ORDER Added attorney Kirby T. Griffis, PHV for Davol Inc., Bard Devices Inc. and C.R. Bard, Inc., signed by Judge Oliver W. Wanger on 4/10/08. (Hellings, J) (Entered: 04/11/2008) |
| 04/11/2008 | | SERVICE BY MAIL: 22 Pro Hac Vice Order served on Ramon Rossi Lopez. (Hellings, J) (Entered: 04/11/2008) |
| 04/11/2008 | 23 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 22 Pro Hac Vice Order. (Frieder, Thomas) (Entered: 04/11/2008) |
| 05/02/2008 | 24 | MEMORANDUM/RESPONSE in OPPOSITION re 11 MOTION to REMAND. *Defendants Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.'s Memorandum In Opposition To Plaintiffs' Motion to Remand* (Frieder, Thomas) (Entered: 05/02/2008) |
| 05/02/2008 | 25 | DECLARATION of Thomas M. Frieder in OPPOSITION TO re 11 MOTION to REMAND. *Declaration of Thomas M. Frieder in Opposition To Plaintiffs' Motion To Remand* (Frieder, Thomas) (Entered: 05/02/2008) |
| 05/02/2008 | 26 | PROPOSED ORDER [Proposed] Order Denying Plaintiffs' Motion To Remand re 11 MOTION to REMAND, 25 , 24 Memorandum/Response in Opposition to Motion by Davol Inc., Bard Devices Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 05/02/2008) |
| 05/02/2008 | 27 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 26 Proposed Order, 25 , 24 Memorandum/Response in Opposition to Motion. (Frieder, Thomas) (Entered: 05/02/2008) |
| 05/12/2008 | 28 | MEMORANDUM/RESPONSE in OPPOSITION. *Plaintiffs'Reply* (Attachments: # 1 Appendix) (Fountain, Christina) (Entered: 05/12/2008) |
| 05/19/2008 | 29 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger: MOTION TO REMAND HEARING 11 held on 5/19/2008 ; Matter was argued and submitted. Court to Issue order. Plaintiffs Counsel T. Brenes; (P. Osborn Special Appreance Telephonically for Bakersfield Memorial) present. Defendants Counsel T. Frieder present. Court Recorder: ECRO. (Kusamura, W) (Entered: 05/20/2008) |
| 05/21/2008 | 30 | JOINT SCHEDULING REPORT by Brian Sutton. (Fountain, Christina) (Entered: 05/21/2008) |
| 05/28/2008 | 31 | MEMORANDUM DECISION Granting in Part and Denying in Part 11 Motion to Remand and Severing and Remanding Claims Against Defendants Jonathan Sales, M.D. Bakersfield Memorial Hospital and Catholic Healthcare West to Kern County Superior Court, signed by Judge Oliver W. Wanger on 05/27/2008. (Kusamura, W) (Entered: 05/28/2008) |
| 05/28/2008 | 32 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger: SCHEDULING CONFERENCE held on 5/28/2008. The Court to issue order. Plaintiffs Counsel T. Brenes present. Defendants Counsel T. Frieder present. (Timken, A) (Entered: 05/28/2008) |
| 05/28/2008 | 33 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 31 Order on Motion to Remand,. (Frieder, Thomas) (Entered: 05/28/2008) |
| 05/29/2008 | 34 | SCHEDULING CONFERENCE ORDER signed by Judge Oliver W. Wanger on 05/28/2008. Further Scheduling Conference Date: 12/5/2008 at 08:15 AM in Courtroom 3 before Judge Oliver W. Wanger. (Arellano, S.) (Entered: 05/29/2008) |
| 06/03/2008 | 35 | PROPOSED ORDER [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO REMAND AND SEVERING AND REMANDING CLAIM AGAINST DEFENDANTS JONATHAN SALES, M.D., BAKERSFIELD MEMORIAL HOSPITAL AND |

| | | |
|---|---|---|
| | | CATHOLIC HEALTHCARE WEST TO KERN COUNTY SUPERIOR COURT by Davol Inc., Bard Devices Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 06/03/2008) |
| 06/03/2008 | 36 | CERTIFICATE of SERVICE by Davol Inc., Bard Devices Inc., C.R. Bard, Inc. re 35 Proposed Order,. (Frieder, Thomas) (Entered: 06/03/2008) |
| 06/13/2008 | 37 | MINUTE ORDER: ***TEXT ONLY ENTRY*** Plaintiffs are granted 5 days to file an opposition to defendant's request to publish decision, not to exceed 7 pages. (Timken, A) (Entered: 06/13/2008) |
| 06/18/2008 | 38 | OPPOSITION by Plaintiff Brian Sutton. *to Defendants' Request for Publication of Decision* (Fountain, Christina) (Entered: 06/18/2008) |
| 07/02/2008 | 39 | ORDER GRANTING IN PART AND DENYING IN PART Plaintiff's Motion to Remand and Severing and Remanding Claim Against Defendants Jonathan Sales, M.D., Bakersfield Memorial Hospital and Catholic Healthware West to Kern County Superior Court Signed by Judge Oliver W. Wanger on 07/01/2008. Above defendants terminated from action. Plaintiffs request for attorneys' fees is DENIED. (Arellano, S.) (Entered: 07/02/2008) |
| 07/02/2008 | 40 | TRANSFER ORDER issued by the United States Judicial Panel on Multidistrict Litigation Directing the Transfer of this Case to the District of Rhode Island for Inclusion in MDL No. 1842 Assigned to the Hon. Mary M. Lisi. Original File, Certified Copy of Transfer Order, and Docket Sheet Sent to Receiving District. CASE CLOSED. (Arellano, S.) (Entered: 07/02/2008) |
| 07/02/2008 | 41 | TRANSMITTAL of DOCUMENTS re 40 Order. Case Transferred Out on *7/2/2008* to the * United States District Court* *District of Rhode Island* *One Exchange Terrace<br>Federal Building and Courthouse<br>* *Providence, RI 02903*.<br>*Electronic Documents: 1 to 40. *. (Arellano, S.) (Entered: 07/02/2008) |